STAR FURNITURE COMPANY, Movant, v. DOMESTIC SEWING MACHINE COMPANY, Opposed.

Court of Appeals of Kentucky.

May 9, 1939.

M. K. Eblen for movant.

W. E. Faulkner, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.